**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHARLES AND CYNTHIA TUCKER            Case No. 18-12647

**CREDITOR'S, REPUBLIC FINANCE, LLC, MOTION FOR**
**ABANDONMENT AND RELIEF FROM AUTOMATIC STAY**

**COMES NOW**, the Creditor, Republic Finance, LLC, by and through its attorney of record, and files this its Motion for Abandonment and Relief from Automatic Stay, and in support thereof, would respectfully show unto this Honorable Court, as follows:

**(1)**

Creditor would show that the creditor holds an interest in the following property which secures this debt, namely, a 27" rims (3), 52" flatscreen TV, 47" flatscreen TV, 32" flatscreen TVs (2), Xbox 1 w/10 games, Xbox 360 w/30 games, Kawasaki ATV, laptops (3) and Ipad.

**(2)**

Creditor would show that the Debtors have not been making payments on said collateral.

**(3)**

That the trustee and the debtors should abandon any interest that they may have in the collateral and the stay should be lifted.

**WHEREFORE, Premises Considered**, Creditor, Republic Finance, LLC prays that the Bankruptcy Court will abandon and surrender the above described collateral to Republic Finance, LLC and grant Republic Finance, LLC relief from the automatic stay to collect the debt or repossess the collateral held by the Creditor herein.

**RESPECTFULLY SUBMITTED, this the <u>4th</u> day of August, 2018.**

                                        **Republic Finance, LLC, Creditor**

                                        AKINS & ADAMS, P. A.

                                        By:<u>/s/ Bart M. Adams</u>
                                                Bart M. Adams
                                                Attorney for Republic Finance, LLC

AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

## CERTIFICATE OF SERVICE

I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

Stephen Smith                  trustee1@smithcpafirm.com

U. S Trustee                     USTPRegion05.AB.ECF@usdoj.gov

Karen Schneller, Esq.          karen.schneller@gmail.com

SO, CERTIFIED, this, the 4th day of August, 2018.

                                        <u>/s/ Bart M. Adams</u>
                                        Bart M. Adams
                                        Attorney for Creditor